United States District Court
Middle District of Florida
Jacksonville Division

**JOHN WIDDOWS,**

*Plaintiff,*

V.                                                                                      NO. 3:20-CV-799-BJD-PDB

**DWAINE WILCOX AND TRUCKS, INC.,**

*Defendants.*

---

# Order

On February 17, 2021, the defendants moved to compel discovery from the plaintiff. Doc. 35. The next day, the Court entered an endorsed order directing the defendants to file, by February 23, 2021, an amended motion "that complies with the Local Rules that took effect on February 1, 2021, including Local Rule 1.08 (governing typography) and Local Rule 3.01(h) (governing a request for oral argument)." Doc. 36.

The deadline has passed, and the defendant has filed no amended motion. The Court denies the motion to compel, Doc. 35, without prejudice.

**Ordered** in Jacksonville, Florida, on March 4, 2021.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*